# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HECTOR R SANCHEZ LEON

Bkrtcy. No. 10-02648-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: Mar 31, 2010 | Meeting Date: Apr 30, 2010  DC Track No. 6 |
| Days from petition date: 30 | Meeting Time: 9:00 AM |
| 910 Days before Petition: 10/3/2007 | ☐ Chapter 13 Plan Date: Apr 05, 2010 Dkt.# 10  ☐ Amended. |
| This is debtor(s) 1 Bankruptcy petition. | Plan Base: $33,000.00 |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Jun 04, 2010  Time: 3:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. 212149  Date 4-29-2010  Amount $550.00  Total Paid In: $0.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☑ Creditor(s) present:  ☐ None.
- ☐ Debtor Present  ☐ ID & Soc. OK  ☑ Debtor Absent — BPPR
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent — Hacienda
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney:  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: JOSE PRIETO CARBALLO*
Total Agreed: $3,000.00   Paid Pre-Petition: $326.00   Outstanding: $2,674.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear;  ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: TBD
- Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
- The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
- §341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: May 31, 2010 @ 2:00pm

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
Debtor works at BPPR and the bank made him work today due to serious issues in the bank

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of 1    Date: Apr 30, 2010