# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: HECTOR R SANCHEZ LEON

Bkrtcy. No. 10-02648-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Mar 31, 2010
Meeting Date: May 21, 2010
DC Track No. 19

Days from petition date: 51
Meeting Time: 2:00 PM

910 Days before Petition: 10/3/2007
☐ Chapter 13 Plan Date: Apr 05, 2010 Dkt.# 10
☐ Amended.

This is debtor(s) 1 Bankruptcy petition.
Plan Base: $33,000.00

This is the 2 Scheduled Meeting
Confirmation Hearing Date: Jun 04, 2010  Time: 3:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. / Date / Amount
Total Paid In: $550.00

### I. Appearances:
- ☑ Debtor Present
- ☐ Joint Debtor Present
- ☑ ID & Soc. OK
- ☐ ID & Soc. OK
- ☐ Telephone ☐ Video Conference
- ☐ Debtor Absent
- ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☑ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☑ Creditor(s) present: ☐ None.
Treasury - Rosario
BPPR - Colón

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00  Paid Pre-Petition: $326.00  Outstanding: $2,674.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.
- Liquidation Value: $24,339.00 ①
- Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: $25,153.00
- The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]
- ☑ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☑ Fails Creditor's Best Interest Test §1325(A)(4) ①
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
① Debtor is entitled to ~~deduction~~ exemption over 522(d)(1).

② Debtor is not entitled to deduction Line #28 Means test. ③ Submit tax return filed and showed @ hearing. 2006-2010

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: May 21, 2010

**ADDITIONAL OBJECTIONS / COMMENTS:**

(3) Debtor state he pays for vehicle $322.00 for son. Vehicle is in the name of Debtor sister. Must submit maturity date vehicle.

(4) Submit evidence of expense of college $300.00 monthly.

Trustee / Presiding Officer

Page 2 of 2

Date: May 21, 2010