# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No.: 10-02648 BKT |
|---|---|
| **HECTOR R SANCHEZ LEON** | Chapter 13 |
| Debtor(s) | |

## **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendment to Schedule J form.

2. That the reason for the amendments is to adjust debtors monthly expenses.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 1st day of June of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6J (Official Form 6J) (12/07)

IN RE SANCHEZ LEON, HECTOR R                                    Case No. 10-02648-13
           Debtor(s)                                                        (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,298.00 |
| a. Are real estate taxes included?  Yes ___  No ✓ | |
| b. Is property insurance included?  Yes ___  No ✓ | |
| 2. Utilities: | |
| a. Electricity and heating fuel | $ 180.00 |
| b. Water and sewer | $ 80.00 |
| c. Telephone | $ |
| d. Other  MOBILE EXP | $ 200.00 |
|           INTERNET & CABLE & TELEPHONE | $ 100.00 |
| | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ 502.00 |
| 4. Food | $ 80.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ 400.00 |
| 7. Medical and dental expenses | $ 275.00 |
| 8. Transportation (not including car payments) | $ 78.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ |
| b. Life | $ |
| c. Health | $ |
| d. Auto | $ |
| e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ |
| b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  See Schedule Attached | $ 1,272.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. | $ 4,720.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
None

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ 5,270.00 |
| b. Average monthly expenses from Line 18 above | $ 4,720.00 |
| c. Monthly net income (a. minus b.) | $ 550.00 |

IN RE SANCHEZ LEON, HECTOR R                                   Case No. 10-02648-13
                        Debtor(s)

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Expenses (DEBTOR) | 150.00 |
| LUNCH EXPENSES | 300.00 |
| STUDENT EXPENSES | 35.00 |
| PERSONAL HYGIENE | 50.00 |
| HAIR CUTS & BEAUTY SALON | 40.00 |
| VEHICLE MAINTAINANCE | 150.00 |
| UNIVERSITY LUNCHES EXPENSES | 65.00 |
| PARKING | 322.00 |
| VEHICLE LOAN SON | 160.00 |
| 2ND SPOUSE LOAN | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE SANCHEZ LEON, HECTOR R
_____
Debtor(s)

Case No. 10-02648-13
_____
(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____17____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: June 1, 2010                Signature: /s/ HECTOR R SANCHEZ LEON
                                             HECTOR R SANCHEZ LEON
                                                                                        Debtor

Date: _____       Signature: _____
                                                                            (Joint Debtor, if any)
                                             [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      Social Security No. (Required by 11 U.S.C. § 110.)
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer
If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____       Signature: _____

                                             _____
                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-02648-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jun  1 16:33:56 AST 2010 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| AMERICAN EXPRESS<br>P O BOX 297879<br>FT LAUDERDALE, FL 33329-7879 | American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BEST BUY<br>P O BOX 15221<br>WILMINGTON, DE 19850-5221 | BPPR<br>P O BOX 362708<br>SAN JUAN, PR 00936-2708 |
| COLLECTION & MANAGEMENT ASSISTANCE, INC<br>239 ARTERIAL HOSTOS AVE SUITE 1102<br>CAPITAL CENTER<br>CAROLINA, PR  00918-1477 | COOP AC RAFAEL CARRION JR<br>P.O. Box 362708<br>SAN JUAN, PR 00936-2708 | DISCOVER<br>GE MONEY BANK<br>P O BOX 981064<br>EL PASO, TX 79998-1064 |
| DORAL MORTGAGE<br>P O BOX 70308<br>SAN JUAN, PR 00936-8308 | HSBC RETAIL SERVICES<br>P O BOX 60148<br>CITY OF INDUSTRY, CA  91716-0148 | NATIONWIDE CREDIT INC<br>P O BOX 26314<br>LEHIGH VALLEY, PA 18002-6314 |
| NCO FINANCIAL SYSTEM INC<br>P O BOX 15760<br>DEPT 07<br>WILMINGTON, DE 19850-5760 | PEP BOYS<br>GE MONEY BANK<br>P O BOX 960061<br>ORLANDO, FL 32896-0061 | SAMS<br>P O BOX 530942<br>ATLANTA, GA  30353-0942 |
| SCOTIABANK<br>P O BOX 362230<br>SAN JUAN, PR  00936-2230 | VICTORIA SECRETS<br>P O BOX 659728<br>SAN ANTONIO, TX 78265-9728 | WORLD FINANCIAL NTWORK<br>P O BOX 182124<br>COLUMBUS, OH  43218-2124 |
| HECTOR R SANCHEZ LEON<br>361 CALLE AUSTRIA<br>URB PUERTO NUEVO<br>SAN JUAN, PR 00920-4003 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | End of Label Matrix<br>Mailable recipients    24<br>Bypassed recipients     0<br>Total                  24 | |