IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR R SANCHEZ LEON

XXX-XX-3695

Debtor(s)

CASE NO. 10-02648 BKT

Chapter 13

FILED & ENTERED ON 08/16/2010

## NOTICE RESCHEDULING HEARING

The hearing to consider CONFIRMATION OF THE PLAN scheduled for 09/09/2010 at 09:00 A.M. will now be held on SEPTEMBER 29, 2010 AT 9:00 A.M., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 3, Third floor, San Juan, Puerto Rico.

San Juan, Puerto Rico, this 16 day of August, 2010.

CELESTINO MATTA-MENDEZ
CLERK OF THE COURT

BY: WENDY VEGA
CASE MANAGER

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than fourteen (14) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).

CC: ALL CREDITORS