IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 10-02648 SEK |
| HECTOR R SANCHEZ LEON | CHAPTER 13 |
| DEBTOR (S) | |

### DEBTOR'S OBJECTION TO CLAIM #9-1
### FILED BY DEPARTMENT OF TREASURY

TO THE HONORABLE COURT:

Debtor hereby submits an objection to claim #9-1 on the grounds hereinafter stated:

1. Department of Treasury filed their proof of claim in the amount of $50,610.52; $3,892.14 as unsecured and $46,718.38 as priority debt. (Claim #9-1)

2. That creditor attached their official statement (Form 3537) which itemize debtors Original Tax Contribution due amounts for the years 2006, 2007 & 2008, penalty and interest incurred to the petition date.

3. That also specify that the debt incurred is classified as an individual debt and that the contribution is estimated because debtor did not file Income Tax Returns for the years mentioned above.

4. That the debtor is submitting evidence of each Income Tax Returns for the last four (4) Years (2006-2009) as evidence of filing his taxes, debtor received tax refunds for the same years reason why debtors does not owe any amount to the Department of Treasury. (See attached)

    WHEREFORE, it is respectfully requested of this Honorable Court that this Claim # 9-1filed by Department of Treasury be disallowed.

    IN SAN JUAN, PUERTO RICO, this 28th day of August of 2010.

    NOTICE is hereby given to parties in interests that unless a reply in opposition to the a fore NOTICE within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed

unopposed and may be granted unless: (1) the requested relief is forbidden by law (2) the requested relief is against public policy; (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true copy of this motion has been sent to:

| | |
|---|---|
| JOSE R CARRION<br>Chapter 13 Trustee<br>P.O. Box 9023884<br>San Juan, Puerto Rico 00902-3884 | JPC LAW OFFICE<br><br>Jose M Prieto Carballo, Esq.<br>P.O. Box 363565<br>San Juan, P.R. 00936-3565<br>Tel (787) 607-2066 & Tel (787) 607-2166 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424-B)<br>P O BOX 9024140<br>San Juan, PR 00902-4315 | jpc@jpclawpr.com<br><br>By: /s/ Jose M Prieto Carballo, Esq |