IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 10-02648 SEK** |
| **HECTOR R SANCHEZ LEON** | **CHAPTER 13** |
| **DEBTOR (S)** | |

## DEBTOR'S OBJECTION TO CLAIM #9-1
## FILED BY DEPARTMENT OF TREASUARY

TO THE HONORABLE COURT:

Debtor hereby submits an objection to claim #9-1 on the grounds hereinafter stated:

1. Department of Treasury  filed their proof of claim in the amount of $50,610.52; $3,892.14 as unsecured and $46,718.38 as priority debt. (Claim #9-1)

2. That creditor attached their official statement (Form 3537) which itemize debtors Original Tax Contribution due amounts for the years 2006, 2007 & 2008, penalty and interest incurred to the petition date.

3. That also specify that  the debt incurred is classified as an individual debt and that the contribution is estimated because debtor did not file Income Tax Returns for the years mentioned above.

4. That the debtor is submitting evidence of each Income Tax Returns for the last four (4) Years (2006-2009) as evidence of filing his taxes, debtor received tax refunds for the same years reason why debtors does not owe any amount to the Department of Treasury. (See attached)

WHEREFORE, it is respectfully requested of this Honorable Court that this Claim # 9-1filed by Department of Treasury be disallowed.

IN SAN JUAN, PUERTO RICO, this 28th  day of August of  2010.

NOTICE is hereby given to parties in interests that unless a reply in opposition to the a fore NOTICE within thirty (30) days after service as evidenced b y the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed

Formulario 482  Rev. 11.09

## FORMA LARGA

○ PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

| Liquidador | Revisor |
|---|---|

| R | G | RO | V1 | V2 | P1 | P2 | N | D1 | D2 | E | A | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**2009**                **2009**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2009 O AÑO COMENZADO EL
01 de 01 de 09 Y TERMINADO EL 31 de 12 de 09

Número de Serie

○ PLANILLA ENMENDADA

○ FALLECIDO DURANTE EL AÑO: ___/___/___
Día  Mes  Año

Sello de Pago

Nombre del Contribuyente (Inicial) Apellido Paterno Apellido Materno

Hector R Sanchez Leon

Dirección Postal
URB Country Club
NA11 Culhe 440
Carolina P.R.   Código Postal 00982
1802
"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge   Apellido Paterno   Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

Número de Seguro Social Contribuyente
___-___-3695

Fecha de Nacimiento   Sexo
Día  Mes  Año   ○ M  ○ F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

Teléfono Residencia
( )

Teléfono del Trabajo
( )

CAMBIO DE DIRECCION
○ Sí  ● No

Número de Recibo:
Importe:

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ● Empleado de Empresa Privada
Su ocupación Gidente   Ocupación cónyuge

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No casado)
4. ● Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2010
○ ESPAÑOL  ○ INGLES

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

○ Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajan. No complete los Encasillados 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

### Encasillado 2

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Archivo
**RECIBIDO**
APR 15 2010
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. | Sueldos, Comisiones, Concesiones y Propinas | 7,697 00 | 64,054 00 |
| 01 | SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | 00 | 00 |
| | | 00 | 00 |
| | Total de comprobantes con esta planilla .. | 7,697 00 | 64,054 00 |
| | | Contribución Retenida | Salarios Federales |

C. Salarios del Gobierno Federal (Véanse instrucciones) (01) .......... 00   (02) 00

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) | Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............ | (03) 00 |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ............ | (04) 00 |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ............ | (05) 00 |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ............ | (06) 00 |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ............ | (07) 00 |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ............ | (08) 00 |
| G) | Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) ............ | (09) 00 |
| H) | Ingresos misceláneos (Someta Anejo F Individuo) ............ | (10) 00 |
| I) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ............ | (11) 00 |
| J) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............ | (12) 00 |
| K) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ............ | (13) 00 |
| L) | Pensión recibida por divorcio o separación (Núm. seguro social del que recibe: _____ ) (14) ............ | (16) 00 |
| M) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ............ | (17) 00 |
| N) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ............ | (18) 00 |
| O) | Ganancia (o pérdida) atribuible a profesiones o comisiones (Someta Anejo M Individuo) ............ | (19) 00 |
| P) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ............ | (20) 00 |
| Q) | Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) ............ | (21) 00 |
| R) | Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) ............ | (22) 00 |
| S) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ............ | (23) 64,054 00 |

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) ............ (25) (26) 64,054 00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (24) (Núm. sentencia _____ ) ............ (30) 64,054 00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4)

Período de Conservación: Diez (10) años

Rev. 11.09                                                           Formulario 482 - Página 2

**Encasillado 3**

5. Ingreso Bruto Ajustado (De la línea 5, página 1) ........................................ (01) | 64,059 | 00

6. DEDUCCION FIJA: Si marcó en el Encasillado 1 el bloque 1 anote $3,180, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 ........ (02) | 4,564 | 00

7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) ...................... (03)

8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) .............. (04) | 9,564 | 00

9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 12) .................... (05) | 4,000 | 00

10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) ........ (06)

11. EXENCION PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ........ (07) | 4,300 | 00

12. EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones)

    A) No universitarios: Categoría (N) ................. (08) ___ x $2,500 ........ (11) | | 00

    B) Universitarios: Categoría (U) ................. (14) ___ x $2,500 ........ (15) | | 00

    C) Incapacitados, ciegos o de 65 años o más: Categoría (I) ........ (16) 2 x $2,500 ........ (19) | 5100 | 00

    D) Total Exención por Dependientes (Sume líneas 12A a la 12C) .......................... (20)

13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) ...................... (21) | 5,000 | 00
| | | 4,300 | 00
14. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ........ | 47,690 | 00
| | 4,182 |

**Encasillado 4**

15. CONTRIBUCION: (01) ◯ 1 Según Tabla   ◯ 2 Especial sobre ganancias de capital   ◯ 3 Extranjero no residente ........ (02) | 4,182

16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Véase línea 7) ........ (03)

17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, Parte II, línea 7) (Véanse instrucciones) ........ (04)

18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte II, línea 6) ........ (05)

19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) ........ (06)

20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ (07)

21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consisten de ingresos de fuentes dentro de P.R. (Anejo F Ind., Parte VI, línea 2) ........ (08)

22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) ........ (09)

23. Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) ........ (10)

24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 o Anejo N Individuo, Parte II, línea 8) ........ (11)

25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) ........ (12)

26. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 15 a la 25 y anote la cantidad del Anejo CO Individuo, línea 28, según aplique) ........ (13) | 4,182

27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ........ (14)

28. Créditos contributivos (Anejo B Individuo, Parte II, línea 24) ........ (15)

29. Crédito para Contribuyentes Asalariados (Véanse instrucciones) ........ (16)

30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27, menos líneas 28 ó 29, la que aplique. Si es menos de cero, anote cero) ........ (17) | 4,182

31. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:

    A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2 o líneas 1A y 2A del Anejo CO Individuo) ........ (18) | 7,697 | 00

    B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ........ (19) | | 00

    C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 17) ........ (20) | | 00

    D) Crédito Compensatorio para Pensionados de Bajos Recursos (Véanse instrucciones) ........ (21) | | 00

    E) Crédito por Trabajo (Véanse instrucciones) ........ (22) | | 00

    F) Crédito de la Oportunidad Americana (Someta Anejo B2 Individuo) ........ (23) | | 00

    G) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas 31A a la 31F) ........ (24) | 7,697 | 00

32. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 31G es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 37) ........ (25) | | 00

33. Menos: Cantidad pagada con prórroga automática ........ (26) | | 00

34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 37) ........ (27) | | 00

35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) ........ (28) | | 00

36. Sobretasa Especial (Véanse instrucciones) ........ (29) | | 00

37. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ........ (30) | | 00

38. Menos: Cantidad pagada   (a) Con Planilla o Electrónicamente a través de un Programa Certificado ........ (31) | | 00

                   (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____ ) ........ (32) | | 00

                   (c) Intereses ........ (33) | 00

                   (d) Recargos _____ y Penalidades _____ ........ (34) | 00

39. BALANCE PENDIENTE DE PAGO (Sume líneas 34 a la 36 menos líneas 37, 38(a) y 38(b) y anote aquí. Si es menos de cero, anote la diferencia en línea 40) ........ (35) | | 00

40. CONTRIBUCION PAGADA EN EXCESO (Sume líneas 30, 35 y 36 menos líneas 31G y 33. Indique distribución en las líneas A, B o C) ........ (36) | 515 | 00

    A) Acreditar a la contribución estimada 2010 ........ (37) | | 00

    B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ........ (38) | | 00

    C) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en su cuenta, complete el Encasillado 5) ........ (40) | 515 | 00

**Encasillado 5**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta          Número de ruta/tránsito           Número de su cuenta

◯ Cheques   ◯ Ahorros   □□□□□□□□□   □□□□□□□□□□□□□□□□□

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

Firma del Contribuyente _____     Fecha 8-1-10     Firma del Cónyuge _____     Fecha

Nombre del Especialista (Letra de Molde) _____     Nombre de la Firma o Negocio _____

Dirección _____     Número de Registro _____     Número de Identificación Patronal _____

Código Postal _____     Firma del Especialista _____     Fecha

| **Anejo A Individuo** Rev. 11.09 | **DEDUCCIONES DETALLADAS Y ADICIONALES** | **2009** |
|---|---|---|

Año contributivo comenzado el _01_ de _01_ de _09_ y terminado el _31_ de _12_ de _09_

Nombre del contribuyente: _Hector R Salcher Leon_

Número de Seguro Social: _~369~_

| **Parte I** | **Deducciones Detalladas** (Véanse instrucciones) | | | | | |
|---|---|---|---|---|---|---|

1. Intereses hipotecarios **10**

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: _Norwal Bank_ | Primera | _3005 4546 8666 60387312_ | | _8,244_ 00 | (05) |
| | Segunda | | (02) | 00 | (06) |
| Segunda residencia: | Primera | | (03) | 00 | (07) |
| | Segunda | | (04) | 00 | (08) |

| | | |
|---|---|---|
| Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | (09) | 00 |
| Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | (10) | 00 |

| | | | |
|---|---|---|---|
| Total intereses hipotecarios pagados .......... | (11) | _8,244_ | 00 |
| 2. Tablillas de auto pagadas para uso personal (Véanse instrucciones) .......... | (12) | _10_ | 00 |
| 3. Gastos incurridos en el cuido de hijos (Véanse instrucciones. $1,500-un hijo; $3,000-dos o más hijos) .......... | (13) | _1,210_ | 00 |
| 4. Gastos incurridos en el cuido de personas de edad avanzada (Véanse instrucciones) .......... | (14) | | 00 |
| 5. Alquiler pagado (Número seguro social del arrendador: _____ ) (15) .......... | (16) | | 00 |
| 6. Contribuciones sobre la propiedad que constituye su residencia principal .......... | (17) | | 00 |
| 7. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) .......... | (18) | | 00 |
| 8. Gastos médicos (Anejo J Individuo, línea 4) .......... | (19) | | 00 |
| 9. Donativos (Anejo J Individuo, línea 11) .......... | (20) | | 00 |
| 10. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) .......... | (21) | | 00 |
| 11. Gastos por molinos de viento .......... | (22) | | 00 |
| 12. Gastos de equipo de asistencia tecnológica para personas con impedimentos, tratamiento especializado o enfermedad crónica: Ennegrezca: (23) ⊂⊃ 1 Contribuyente ⊂⊃ 2 Esposa ⊂⊃ 3 Otros .......... | (24) | | 00 |
| 13. Gastos incurridos para la educación de dependientes (Véanse instrucciones. $1,500-un dep.; $3,000-dos o más dep.) .... | (25) | | 00 |
| 14. Gastos por equipo solar .......... | (26) | | 00 |

15. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| _____ | _____ (27) | _____ (29) | _____ |
| _____ | _____ (28) | _____ (30) | _____ |

| | | |
|---|---|---|
| Total intereses sobre préstamos estudiantiles pagados .......... | (31) | 00 |
| 16. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables (Véanse instrucciones) .......... | (32) | 00 |
| 17. **Total deducciones detalladas** (Sume líneas 1 a la 16 y traslade al Encasillado 3, línea 7 de la planilla) .......... | (35) | _9,564_ 00 |

| **Parte II** | **Deducciones Adicionales** (Véanse instrucciones) |
|---|---|

1. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| _____ | _____ (36) | _____ (39) | _____ |
| _____ | _____ (37) | _____ (40) | _____ |
| _____ | _____ (38) | _____ (41) | _____ |

Total aportaciones a cuentas de retiro individual .......... (42) | 00

2. Aportaciones a cuentas de ahorro de salud con plan médico de deducible anual alto (Véanse instrucciones)

| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| _____ | _____ (45) | _____ (49) | _____ |
| Deducible anual (43) _____ | Tipo de cubierta: (46) ⊂⊃ 1 Individual ⊂⊃ 2 Individual y 55 años o más | | |
| | ⊂⊃ 3 Familiar ⊂⊃ 4 Familiar y 55 años o más | | |
| Institución | Núm. cuenta | Núm. Ident. Patronal | Aportación |
| _____ | _____ (47) | _____ (50) | _____ |
| Deducible anual (44) _____ | Tipo de cubierta: (48) ⊂⊃ 1 Individual ⊂⊃ 2 Individual y 55 años o más | | |
| | ⊂⊃ 3 Familiar ⊂⊃ 4 Familiar y 55 años o más | | |

| | | |
|---|---|---|
| Total aportaciones (Sume la cantidad menor entre la aportación y el deducible anual de cada cuenta) .......... | (51) | 00 |
| 3. Aportaciones a sistemas gubernamentales de pensiones o retiro .......... | (52) | 00 |
| 4. Veteranos (Véanse instrucciones) .......... | (53) | 00 |
| 5. Gastos ordinarios y necesarios (Anejo I Individuo, línea 8) .......... | (54) | _1,510_ 00 |
| 6. Intereses de préstamo de automóvil (No exceder de $1,200): Inst. financiera _____ | | |
| Núm. préstamo _____ Núm. Ident. Patronal (55) _____ | (56) | 00 |
| 7. Jóvenes que trabajan (Véanse instrucciones) .......... | (57) | 00 |
| 8. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) (Véanse instrucciones) .......... | (58) | 00 |
| 9. Adquisición e instalación de computadora personal para uso de dependientes (Véanse instrucciones) .......... | (59) | 00 |
| 10. Aportaciones al Fondo Dotal de la Universidad de Puerto Rico .......... | (60) | 00 |
| 11. Casados cuando ambos trabajan (Véanse instrucciones) .......... | (61) | 00 |
| 12. **Total deducciones adicionales** (Sume líneas 1 a la 11 y traslade al Encasillado 3, línea 9 de la planilla) .......... | (62) | _1,510_ 00 |

**Anejo A1 Individuo**
Rev. 11.09



# DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA

**2009**

Año contributivo comenzado el **01** de **01** de **09** y terminado el **31** de **12** de **09**

Nombre del contribuyente

**HECTOR R SANCHEZ LEON**

Número de Seguro Social
 ███████-3895

| **Parte I** | Información sobre Dependientes (Véanse instrucciones) | 55 |
| --- | --- | --- |

**INFORMACION IMPORTANTE PARTE I**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre de la esposa en el encasillado de jefatura (línea 01).

☞ Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

| Jefatura | (01) | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría | Fecha de Nacimiento | Número de Seguro Social |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría * (N)(U)(I) | Fecha de Nacimiento Día / Mes / Año | Número de Seguro Social |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (02) | Carmen | LEON | | Madre | I | 9-22-1937 | ███████-4157 |
| (03) | | | | | | | |
| (04) | Santiago | LEON | Rivera | Abuelo | I | 5-28-1911 | ███████-9960 |
| (05) | | | | | | | |
| (06) | | | | | | | |
| (07) | | | | | | | |
| (08) | | | | | | | |
| (09) | | | | | | | |
| (10) | | | | | | | |

| **Parte II** | Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones) | 57 |
| --- | --- | --- |

**INFORMACION IMPORTANTE PARTE II**

☞ Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| (01) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco * | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (02) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco * | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |
| (03) | Nombre, Inicial | Apellido Pat. | Apellido Mat. | Fecha de Nacimiento (Día/Mes/Año) | Parentesco * | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
| | Institución financiera | | | Número de la cuenta | | Número de Identificación Patronal | 00 |

| (10) | **Total aportaciones** (Sume líneas (01) a la (03) y traslade al Anejo A Individuo, Parte II, línea 8 o al Anejo CO Individuo, línea 10 H, según aplique) | | 00 |
| --- | --- | --- | --- |

* Véanse instrucciones                                                        Período de Conservación: Diez (10) años

**Anejo I Individuo**
Rev. 11.09



**GASTOS ORDINARIOS Y NECESARIOS**

**2009**

Año contributivo comenzado el _01/01_ de _09_ y terminado el _31/12_ de _09_

Nombre del contribuyente _Hectur R Sanchez Leon_

Número de Seguro Social ___-__-365

| Parte I | Detalle de Gastos (Véanse instrucciones) | Ennegrezca uno: (01) ⭘ 1 Contribuyente  ⭘ 2 Cónyuge | 58 |

1. Comidas y entretenimiento
   A. Total de gastos incurridos o pagados ............................................................................. (02)
   B. Reembolso de gastos (comidas y entretenimiento) ........................................................ (03)
   C. Diferencia (Si la línea 1B excede la línea 1A, anote el exceso aquí y en el Anejo F Individuo, Parte VI) ................ (04)
   D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ............................. (05)
   E. Anote el 50% de la línea 1D (Véanse instrucciones) ..................................................... (06)

2. Otros gastos
   A. Costo y mantenimiento de uniformes ............................................. (11) _4 PW_ 00
   B. Cuotas de uniones, colegiaciones y asociaciones profesionales .......................... (12) 00
   C. Compra de materiales didácticos por educadores .......................................... (13) 00
   D. Compra de libros técnicos propios de la profesión u oficio .................................. (14) 00
   E. Gastos de educación y mejoramiento de la profesión u oficio ............................... (15) 00
   F. Depreciación (Parte II de este Anejo) ................................................... (16) 00
   G. Otros gastos de la profesión u oficio ................................................... (17) 00
   H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ........................................... (18) _4 PW_ 00
   I. Reembolso de otros gastos ............................................................................ (19) 00
   J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, anote el exceso
      aquí y en el Anejo F Individuo, Parte VI. De lo contrario, pase a la línea 2K) ............................ (20) 00
   K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea .......................... (30) _4 PW_ 00

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ................................. (31) _4 PW_ 00

4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Larga o línea 1B o 1C, según aplique, del Anejo CO Individuo) ................ (32) 64,054 00

5. Salarios Gobierno Federal (Salarios Gobierno Federal (Encasillado 2, línea 1C de la Forma Larga o línea 2B o 2C, según aplique, del Anejo CO Individuo) ............ (33) 00

6. Total salarios (Sume líneas 4 y 5) ................................................................................... (34) 64,054 00

7. Multiplique la línea 6 por 4% y anote aquí ......................................................................... (35) 2,562 00

8. **Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Anejo A Individuo, Parte II, línea 5 o línea 10E, Colurnna B o C del Anejo CO Individuo, según aplique, la menor de las siguientes cantidades: línea 3, línea 7, o hasta el límite de $1,500 ($750 si es casado que rinde planilla separada o si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen)) ................ (40) _4 PW_

Período de Conservación: Diez (10) años

Rev. 11.09

Anejo I Individuo - Página

| Parte II | Detalle de la Depreciación | | | | | 59 |

| 1. Clase de propiedad (En caso de edificaciones, indique el material utilizado en la construcción). | 2. Fecha de adquisición | 3. Costo u otra base (excluya el costo del terreno). En el caso de automóviles, la base no deberá exceder de $25,000 por vehículo. | 4. Depreciación reclamada en años anteriores. | 5. Estimado de vida utilizado para computar la depreciación. | 6. Depreciación reclamada este año. |
|---|---|---|---|---|---|

**Depreciación corriente**

|  |  |  | 00 | 00 |  | 00 |
|---|---|---|---|---|---|---|
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  |  |
|  |  |  | 00 | 00 |  |  |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |
|  |  |  | 00 | 00 |  | 00 |

**Total** (Traslade esta cantidad a la Parte I, línea 2F de este Anejo) ........................................................................ (10) | 00

**Formulario 480.7A**
Form
Rev. 08.08
Rep. 08.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
**Departamento de Hacienda - Department of the Treasury**
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

AÑO CONTRIBUTIVO: **2009**
TAXABLE YEAR:

☐ Duplicado / Duplicate   Enmendado: ( DD / MM / AA )
☐ Amended: ( DD / MM / YY )

Número de Serie

Número de Identificación Patronal - Employer Identification Number
**66-0387312**

Nombre - Name
**DORAL BANK**

Dirección - Address
**PO BOX 70308**
**SAN JUAN, PR          00936-8308**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**5695**

Nombre - Name
**HECTOR SANCHEZ LEON**

Dirección - Address
**URB PUERTO NUEVO**
**361 CALLE AUSTRIA**
**SAN JUAN          PR 00920 - 4003**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**596**

Nombre - Name
**MARITZA FRATICELLY SANCHEZ**

| | |
|---|---|
| 1. Intereses Pagados por el Deudor / Interest Paid by Borrower | $8,264.58 |
| 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor / Loan Origination Fees (Points) Paid Directly by Borrower ☐ Pagados - Paid  ☐ Financiados - Financed | $0.00 |
| 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor / Loan Discounts (Points) Paid Directly by Borrower ☐ Pagados - Paid  ☐ Financiados - Financed | $0.00 |
| 4. Reembolsos de Intereses / Refund of Interest | $0.00 |
| 5. Contribuciones sobre la Propiedad / Property Taxes | $0.00 |
| 6. Balance del Principal / Principal Balance | $154,500 |

Número de Cuenta del Préstamo - Loan Account Number
**3007454628**

Término del Préstamo - Loan Term
**180**

Número Control - Control Number
**0000501568**

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

Prepared by: BS DONNELLEY DE PUERTO RICO CORP.

---

Formulario
Form 499R-2/W-2 PR
Rev. 07.09

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY
COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT

INFORMACION PARA EL DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY INFORMATION

INFORMACION PARA EL SEGURO SOCIAL
SOCIAL SECURITY INFORMATION

1. Nombre y Dirección Postal del Empleado
Employee's Name and Mailing Address

0101   5000000010124   3

**HECTOR R. SANCHEZ**
**CALLE AUSTRIA #361**
**ESQ. ACAPULCO**
**PUERTO NUEVO          PR 00920**

3. Núm. Seguro Social
Social Security No.
**-3695**

4. Núm. de Ident. Patronal
Employer Ident. No. (EIN)
**66-0561870**

5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension
Día / Day___ Mes / Month___ Año / Year___

6. Costo de Pensión o Anualidad
Cost of Pension or Annuity

2. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

**BANCO POPULAR DE PR**
**PO BOX 362708**
**SAN JUAN PR 00936-2708**

Copia B para Planilla del Empleado
Copy B for Employee's Tax Return

**Año:**
**Year:    2009**

Número de Teléfono del Patrono
Employer's Telephone Number   **( 787 )756-2774**

Fecha Cese de Operaciones: Día / Mes / Año
Cease of Operations: Day___ Month___ Year___

Número Control - Control Number
**05466121**

| Campo | Valor |
|---|---|
| 7. Sueldos - Wages | 64,054.68 |
| 8. Comisiones - Commissions | |
| 9. Concesiones - Allowances | |
| 10. Propinas - Tips | |
| 11. Total=7+8+9+10 | 64,054.68 |
| 12. Gastos Reembolsados / Reimbursed Expenses | 21.75 |
| 13. Cont. Retenida - Tax Withheld | 7,697.89 |
| 14. Fondo de Retiro / Retirement Fund | |
| 15. Aportaciones a Planes Cualific. / Contributions to CODA PLANS | 4,795.29 |
| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | |

| Campo | Valor |
|---|---|
| 17. Total Sueldos Seg. Soc. / Social Security Wages | 68,849.97 |
| 18. Seguro Social Retenido / Social Security Tax Withheld | 4,268.70 |
| 19. Total Sueldos y Pro. Medicare / Medicare Wages and Tips | 68,849.97 |
| 20. Contrib. Medicare Retenida / Medicare Tax Withheld | 998.32 |
| 21. Propinas Seguro Social / Social Security Tips | |
| 22. Seguro Social No Retenido en Propinas - Uncollected Social Security Tax on Tips | |
| 23. Contrib. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips | |

Instrucciones al dorso - Instructions on back

Formulario 482 Rev. 11/08

# FORMA LARGA

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

**2008**

01 de 01 08 Y TERMINADO 01/12 08

**Nombre del Contribuyente:** HECTOR R SANCHEZ LEON

**Dirección Postal:** URB COUNTRY CLUB NA 11 Calle 440 Carolina PR

**Código Postal:** 00982

1832

Nombre e Inicial del Cónyuge / Apellido Paterno / Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

**Fecha de Nacimiento:** Día Mes Año — Sexo M/F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge: Día Mes Año

Teléfono Residencia ( )

Teléfono del Trabajo ( )

CAMBIO DE DIRECCION: SI / NO

## Encasillado 1

### SI NO

A. ¿Ciudadano de Estados Unidos?
B. ¿Residente de Puerto Rico al finalizar el año?
C. ¿Ingresos exentos de Lotería de Puerto Rico?
D. ¿Ingresos de premios de jugadas en Hipódromo?
E. ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ¿Obligación de hacer pagos a ASUME?

### FUENTE DE MAYOR INGRESO:
G. Empleado del Gobierno, Municipios o Corporaciones Públicas
H. Empleado del Gobierno Federal
I. Empleado de Empresa Privada

Su ocupación: AGENTE

Ocupación cónyuge

### ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge arriba)
3. Jefe de familia (No para casados)
4. Soltero
5. Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. Retirado/Pensionado
K. Trabajo Cuenta Propia (Indique la industria o negocio principal)

### CONTRATO GOBIERNO
CONTRIBUYENTE / CONYUGE

PLANILLA 2009
ESPAÑOL / INGLES

Ennegrezca aquí si se acoge al cómputo opcional de la contribución en el caso de personas casadas que viven juntas, rinden planilla conjunta y que ambos trabajen. No complete las líneas 2 y 3, ni las líneas 15 a la 25 del Encasillado 4, y pase al Anejo CO Individuo.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas
**RECIBIDO**
APR 13 2009
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

09-444

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| Sueldos, Comisiones, Concesiones y Propinas | 9,000 | 169,330 |
| SUMINISTRE LOS COMPROBANTES DE RETENCION Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique. | | |
| Total de comprobantes con esta planilla | 01 | |
| | Contribución Retenida 9,000 | Salarios Federales 169,330 |
| C. Salarios del Gobierno Federal (Véanse instrucciones) (01) | | (02) |

## 2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) | (03) | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 1A) | (06) | |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individuo, Parte II, línea 3B) | (07) | |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | (08) | |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1D) | (09) | |
| H) Ingresos misceláneos (Someta Anejo F Individuo) | (10) | |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, línea 12) | (13) | |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ) (14) | (15) | |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | (16) | |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | (17) | |
| O) Ganancia (o pérdida) atribuible a profesiones o comisiones (Someta Anejo M Individuo) | (18) | |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | (19) | |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital (Someta Anejo D Individuo) | (20) | |
| R) Planes cualificados y Contratos de Anualidad Variable (Someta Anejo D Individuo) | (21) | |
| S) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (22) | |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2S) | (23) | 169,330 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ) (24) (Núm. sentencia ) (25) | | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | 169,330 |

Período de Conservación: Diez (10) años

Formulario 482 - Página 2

v. 11.08

**Encasillado 3**

5. Ingreso Bruto Ajustado (De la línea 5, página 1) ........................................................................ (01)

6. DEDUCCION FIJA. Si marcó en Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. (02)
   Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 .................... (03)

7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) ...........................................

8. Deducción fija o deducciones detalladas (Anote la mayor de las líneas 6 ó 7) ............................ (05)

9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 11) .......................................... (06)

10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (véanse instrucciones) .......... (07)

11. EXENCION PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ....

12. EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones)

| | | | | |
|---|---|---|---|---|
| A) No universitarios: Categoría (N) ............... | (10) | x $2,500 | (11) | |
| B) Universitarios: Categoría (U) ................... | (14) | x $2,500 | (15) | |
| C) Incapacitados, ciegos o de 65 años o más: Categoría (I) ... | (18) | x $2,500 | (19) | |
| D) Total Exención por Dependientes (Sume líneas 12A a la 12C) ................................. | | | (20) | |

13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) ....................................... (30)

14. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) .... (01)

**Encasillado 4**

15. CONTRIBUCION: (01) ⬭ 1 Según Tabla  ⬭ 2 Especial sobre ganancias de capital  ⬭ 3 Extranjero no residente (02)

16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000 (Anejo P Individuo, línea 7) .. (04)

17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) .................... (05)

18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) .................................. (06)

19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) . (06)

20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) .................... (07)

21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F
    Individuo, Parte VII, línea 2) ....................................................................................... (08)

22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) .......... (10)

23. Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) .... (10)

24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley
    135 de 1997 (Anejo K Individuo, Parte II, línea 10 o Anejo N Individuo, Parte II, línea 8) ................................ (11)

25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo,
    Parte VI, línea 2) ....................................................................................................... (12)

26. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 15 a la 25 o anote la cantidad del Anejo CO Individuo, línea 28, según aplique) .... (13)

27. Recobro de crédito reclamado en exceso (Anejo CO Individuo, Parte I, línea 3) ............................................ (14)

28. Crédito para Contribuyentes Asalariados (Véanse instrucciones) ............................................................ (15)

29. Créditos contributivos (Anejo B Individuo, Parte II, línea 24) ............................................................... (16)

30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos líneas 28 ó 29, la que aplique. Si es menos de cero, anote cero) .... (17)

31. CONTRIBUCION RETENIDA, PAGADA Y CREDITOS REEMBOLSABLES:

| | |
|---|---|
| A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2 o líneas 2 ó ......) | (18) |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte III, línea ...) | (19) |
| C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea ...) | (20) |
| D) Crédito Compensatorio para Pensionados de Bajos Recursos (Véanse instrucciones) | (21) |
| E) Crédito por Trabajo (Véanse instrucciones) | (22) |
| F) Total Contribución Retenida, Pagada y Créditos Reembolsables (Sume líneas a la 31E) | (23) |

32. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 31F es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 36) .... (24)

33. Menos: Cantidad pagada con prórroga automática ..................................................................... (25)

34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que línea 33, anote la diferencia aquí, de lo contrario, en línea 36) ...... (26)

35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) .......... (27)

36. Menos: Exceso de Contribución Retenida, Pagada y Créditos Reembolsables ......................................... (28)

37. Menos: Cantidad pagada  (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...................... (30)

| | |
|---|---|
| (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____) | |
| (c) Intereses _____ | (31) |
| (d) Recargos _____ y Penalidades _____ | (32) |

38. BALANCE PENDIENTE DE PAGO (Sume líneas 34 y 35 menos línea 36, 37(a) y 37(b) y anote aquí. Si es menos de cero, anote la diferencia en línea 39) .. (33)

39. CONTRIBUCION PAGADA EN EXCESO (Sume líneas 30 y 35 menos líneas 31F y 33. Indique distribución en la línea A o B) ...... (34)

    A) Acreditar a la contribución estimada 2009 .......................................................................... (35)

    B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ........ (40)

**AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO**

Tipo de cuenta          Número de ruta/tránsito          Número de su cuenta

⬭ Cheques   ⬭ Ahorros

Cuenta a nombre de: _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge.)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| | 4-6-09 | | |

Nombre del Especialista (Letra de Molde) ____    Nombre de la Firma o Negocio ____

Dirección ____    Número de Registro ____    Número de Identificación Patronal ____

Código Postal ____    Especialista por cuenta propia (ennegrezca aquí) ⬭    Firma del Especialista ____    Fecha ____

NOTA AL CONTRIBUYENTE
¿Incluyó si hizo pagos por la preparación de su planilla?  ⬭ Sí  ⬭ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

*(handwritten / stamp markings throughout the form)*

DEPARTAMENTO DE HACIENDA
Área de Rentas Internas
RECIBIDO
ABR 13 2009
PLAN DE PAGO

**Anejo A Individuo**
Rev. 11.08

# DEDUCCIONES DETALLADAS
# Y
# ADICIONALES

**2008**

Año contributivo comenzado el 01 01 08 y terminado 31 de 12 08

Nombre del contribuyente  Hector R. Sanchez Leon

Número de Seguro Social  -3625

**Parte I   Deducciones Detalladas** (Véanse instrucciones)

1. Intereses hipotecarios

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| R-G Premier BANK | Primera | 0095009P2 | 660387312 | 3,752 | (05) |
| ORAL BALK | Segunda | 8050014583 | 660387312 | 2,469 | (06) |
| Scotia BANK | Primera | 8207Y54628 | 660387312 | 4,413 | (07) |
| | Segunda | | (04) | | (08) |

Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ............ (09)

Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) ................... (10)

Total intereses hipotecarios pagados ................................................................. (11)  7,634

2. Tablillas de auto pagadas para uso personal (Véanse instrucciones) ........................................ (12)
3. Gastos incurridos en el cuido de hijos (Véanse instrucciones. $1,500-un hijo; $3,000-dos o más hijos) ...... (13)
4. Gastos incurridos en el cuido de personas de edad avanzada (Véanse instrucciones) ....................... (14)  11,200
5. Alquiler pagado. (Número seguro social del arrendador: _____ ) (15) ...... (16)
6. Contribuciones sobre la propiedad que constituye su residencia principal .................................. (17)
7. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) ....................... (18)
8. Gastos médicos (Anejo J Individuo, línea 4) ........................................................... (19)
9. Donativos (Anejo I Individuo, línea 11) ............................................................... (20)
10. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) ........................... (21)
11. Gastos por molinos de viento ........................................................................ (22)
12. Gastos de equipo de asistencia tecnológica para personas con impedimentos, tratamiento especializado o enfermedad crónica:
    Ennegrezca: (23) ⬭ 1 Contribuyente  ⬭ 2 Esposa  ⬭ 3 Otros ...................... (24)
13. Gastos incurridos para la educación de dependientes (Véanse instrucciones. $1,500-un dep.; $3,000-dos o más dep.) .... (25)
14. Gastos por equipo solar .............................................................................. (26)
15. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| _____ | _____ (27) | _____ (29) | _____ |
| _____ | _____ (28) | _____ (30) | _____ |

Total intereses sobre préstamos estudiantiles pagados ...................................... (31)

16. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables (Véanse instrucciones) ...... (32)
17. Total deducciones detalladas (Sume líneas 1 a la 16 y traslade al Encasillado 3, línea 7 de la planilla) .......... (35)  P.9,85

**Parte II   Deducciones Adicionales** (Véanse instrucciones)

1. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación |
|---|---|---|---|
| _____ | _____ (36) | _____ (39) | _____ |
| _____ | _____ (37) | _____ (40) | _____ |
| _____ | _____ (38) | _____ (41) | _____ |

Total aportaciones a cuentas de retiro individual .......................................... (42)

2. Aportaciones a sistemas gubernamentales de pensiones o retiro ........................................... (43)
3. Veteranos (Véanse instrucciones) .................................................................... (44)
4. Gastos ordinarios y necesarios (Anejo I Individuo, línea 8) ............................................. (45)  4,500
5. Intereses de préstamo de automóvil (No exceder de $1,200): Inst. financiera  G.M.A.C
   Núm. préstamo 529903627136  Núm. Ident. Patronal (46) 660176402 ............................ (47)  34
6. Jóvenes que trabajan (Véanse instrucciones) ........................................................... (48)
7. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) (Véanse instrucciones) .......... (49)
8. Adquisición e instalación de computadora personal para uso de dependientes (Véanse instrucciones) ......... (50)
9. Aportaciones al Fondo Dotal de la Universidad de Puerto Rico ........................................... (51)
10. Casados cuando ambos trabajan (Véanse instrucciones) ................................................ (52)
11. Total deducciones adicionales (Sume líneas 1 a la 10 y traslade al Encasillado 3, línea 9 de la planilla) ....... (55)  4,534

Período de Conservación: Diez (10) años

Formulario **480.7A**
Form
Rev. 08.05

AÑO CONTRIBUTIVO:    **2006**
TAXABLE YEAR:

☐ Duplicate    ☐ Amended    ( DD / MM / YY )

Número de Identificación Patronal - Employer Identification Number
**66-0387312**

Nombre - Name
**DORAL BANK**

Dirección - Address
**PO BOX 70308**
**SAN JUAN, PR**    **00936-8308**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**____-3695**

Nombre - Name
**HECTOR SANCHEZ LEON**

Dirección - Address
**URB PUERTO NUEVO**
**CALLE AUSTRIA 561**
**SAN JUAN**    **PR 00920**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**____-9596**

Nombre - Name
**MARITZA FRATICELLI SANCHEZ**

1. Interés Pagado por el Deudor
   Interest Paid by Borrower    **$3,752.9_**

2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor
   Loan Origination Fees (Points) Paid Directly by Borrower    **$0.00**
   ☐ Pagados - Paid    ☐ Financiados - Financed

3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor
   Loan Discounts (Points) Paid Directly by Borrower    **$.00**
   ☐ Pagados - Paid    ☐ Financiados - Financed

   **$.00**

4. Reembolsos de Intereses
   Refund of Interest    **$.00**

5. Contribuciones sobre la Propiedad
   Property Taxes    **$0.00**

6. Balance del Principal
   Principal Balance    **$71,40_**

Número de Cuenta del Préstamo - Loan Account Number    Término del Préstamo - Loan Term
**0085001582**    **120**

Número Control - Control Number
**0003925906**

Prepared by: RR DONNELLEY DE PUERTO RICO CORP.

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

Formulario **480.7A**
Form
Rev. 08.05

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

AÑO CONTRIBUTIVO:    **2006**
TAXABLE YEAR:

☐ Duplicate    ☐ Amended    ( DD / MM / YY )

Número de Serie

Número de Identificación Patronal - Employer Identification Number
**66-0387312**

Nombre - Name
**DORAL BANK**

Dirección - Address
**PO BOX 70308**
**SAN JUAN, PR**    **00936-8308**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**____-3695**

Nombre - Name
**HECTOR SANHEZ LEON**

Dirección - Address
**URB PUERTO NUEVO**
**561 CALLE AUSTRIA**
**SAN JUAN**    **PR 00920**
Código Postal - Zip Code

Número de Seguro Social - Social Security Number
**____-9596**

Nombre - Name
**MARITZA FRATICELLY SANC**

1. Interés Pagado por el Deudor
   Interest Paid by Borrower    **$2,469.49**

2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor
   Loan Origination Fees (Points) Paid Directly by Borrower    **$0.00**
   ☐ Pagados - Paid    ☐ Financiados - Financed

3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor
   Loan Discounts (Points) Paid Directly by Borrower    **$.00**
   ☐ Pagados - Paid    ☐ Financiados - Financed

   **$.00**

4. Reembolsos de Intereses
   Refund of Interest    **$.00**

5. Contribuciones sobre la Propiedad
   Property Taxes    **$0.00**

6. Balance del Principal
   Principal Balance    **$100,000**

Número de Cuenta del Préstamo - Loan Account Number    Término del Préstamo - Loan Term
**0030016583**    **180**

Número Control - Control Number
**0003613610**

Prepared by: RR DONNELLEY DE PUERTO RICO CORP.

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

**Formulario 480.7A**
Form
Rev. 08.08

**AÑO CONTRIBUTIVO:**
**TAXABLE YEAR:**

**2008**

| | | $1,413.70 |
|---|---|---|
| 66-0367012 | | |
| **DORAL BANK** | | $0.00 |
| Dirección - Address | | |
| **PO BOX 70308** | | $.00 |
| **SAN JUAN, PR** **00936-8308** | | |
| Código Postal - Zip Code | | $.00 |
| Número de Seguro Social - Social Security Number | | |
| ██████-5695 | | $0.00 |
| Nombre - Name **HECTOR SANCHEZ LEON** | | |
| Dirección - Address | | $164,500 |
| **URB PUERTO NUEVO** | | |
| **351 CALLE AUSTRIA** | | |
| **SAN JUAN** **PR 00920** | | |
| Código Postal - Zip Code | Número de Cuenta del Préstamo - Loan Account Number 3007456028 | Término del Préstamo - Loan Term 180 |
| Número de Seguro Social - Social Security Number | | |
| ██████-5896 | Número Control - Control Number **0003962626** | |
| Nombre - Name **MARITZA FRATICELLY SANCHEZ** | | |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

Prepared by: RR DONNELLEY DE PUERTO RICO CORP.

---

**ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO**
**DEPARTAMENTO DE HACIENDA - DEPARTMENT OF THE TREASURY**

**Formulario**
**Form 499R-2W-2 PR**
Rev. 07.08

**COMPROBANTE DE RETENCION - WITHHOLDING STATEMENT**

| | | INFORMACIÓN PARA EL SEGURO SOCIAL - SOCIAL SECURITY INFORMATION |
|---|---|---|
| | | 17. Total Sueldos Seg. Soc. - Social Security Wages 74,523.33 |
| ████████-5695 | 49,330.90 Comisiones - Commissions | 18. Seguro Social Retenido - Social Security Tax Withheld 4,620.45 |
| 66-0151390 | | 19. Total Sueldos y Prop. Medicare - Medicare Wages and Tips 74,523.33 |
| | | 20. Contr. Medicare Retenida - Medicare Tax Withheld 1,080.59 |
| **BANCO POPULAR DE PR** | 49,330.90 | 21. Propinas-Seguro Social - Social Security Tips |
| **PO BOX 362708** | 11. Cont. Retenida - Tax Withheld 9,060.03 | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| **SAN JUAN, PR 00936-2708** | Copia B para Planilla del Empleado | |
| | Copy B for Employee's Tax Return | |
| Número de Teléfono del Patrono Employer's Telephone Number **(787)756-2774** | | |
| Fecha Cese de Operaciones: Día ___ Mes ___ Año ___ Cease of Operations Date: Day ___ Month ___ Year ___ | **Año:** **Year:** **2008** | 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS 5,192.43 |
| Número Control - Control Number **BPP-05843787** | | 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 | 23. Contr. Medicare no Retenida en Propinas - Uncollected Medicare Tax on Tips |

instrucciones al dorso - instructions on back

Formulario 482 Rev. 10.07

# FORMA LARGA

**2007** ESTADO LIBRE ASOCIADO DE PUERTO RICO **2007**
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2007 O AÑO COMENZADO EL
01 de 01 de 07 Y TERMINADO EL 31 de 12 07

Número de Serie

PLANILLA CON CHEQUE (FAVOR DE FIJAR CHEQUE EN ESTE LUGAR)

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: ___/___/___
     Día  Mes  Año

Sello de Pago

Nombre del Contribuyente  Inicial  Apellido Paterno  Apellido Materno
Hector R R Sanchez Leon

Fecha de Nacimiento
Día  Mes  Año

Sexo
○ M
○ F

Dirección Postal
URB Country Club
NA11 Cuthe 440
Carolina P.R. Código Postal 00982

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge
Día  Mes  Año

*"Coloque la etiqueta engomada (Label) aquí".

Nombre e Inicial del Cónyuge  Apellido Paterno  Apellido Materno

Teléfono Residencia
( )

Teléfono del Trabajo
( )

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

CAMBIO DE DIRECCION

Código Postal

○ SÍ  ○ No

Correo Electrónico (E-Mail)

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Archivo
RECIBIDO
15 ABR. 2008
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA
08-085

## Encasillado 1

SI  NO
A. ○○ ¿Ciudadano de Estados Unidos?
B. ○○ ¿Residente de Puerto Rico al finalizar el año?
C. ○○ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ○○ ¿Ingresos de premios de jugadas en Hipódromo?
E. ○○ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ○○ ¿Obligación de hacer pagos a ASUME?

FUENTE DE MAYOR INGRESO:
G. ○ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ○ Empleado de Empresa Privada

Su ocupación Gerente

ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:
1. ○ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ○ Casado que no vivía con su cónyuge (No jefe de familia)
     (Indique nombre y seguro social del cónyuge arriba)
3. ○ Jefe de familia (No para casados)
4. ○ Soltero
5. ○ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Ocupación cónyuge

CONTRATO GOBIERNO
○ CONTRIBUYENTE  ○ CONYUGE

PLANILLA 2008
○ ESPAÑOL  ○ INGLES

## Encasillado 2

Sueldos, Comisiones, Concesiones y Propinas

00 SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique).

01 Total de comprobantes con esta planilla .. 01

A-Contribución Retenida
10,104

B-Sueldos, Comisiones, Concesiones y Propinas
69,562

Contribución Retenida
10,104

Salarios Federales
69,562 00

| | | |
|---|---|---|
| C- Salarios del Gobierno Federal (Véanse instrucciones) (01) | | (02) |
| 2. Otros Ingresos (o Pérdidas): | | |
| A) Ingreso de intereses (Anejo F Individual, Parte I, línea 10) | (03) | 00 |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individual y Anejo R) | (04) | 00 |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | (05) | 00 |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individual, Parte II, línea 1A) | (06) | 00 |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetas a retención (Anejo F Individual, Parte II, línea 3B) | (07) | 00 |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individual) | (08) | 00 |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individual, Parte V, líneas 1C y 1D) | (09) | 00 |
| H) Ingresos misceláneos (Someta Anejo F Individual) | (10) | 00 |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individual) | (11) | 00 |
| J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | (12) | 00 |
| K) Ingresos de anualidades y pensiones (Anejo F Individual, Parte II, línea 12) | (13) | 00 |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____ ) (14) | (15) | 00 |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individual) | (16) | 00 |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individual) | (17) | 00 |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individual) | (18) | 00 |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individual) | (19) | 00 |
| Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individual) | (20) | 00 |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | (21) | 69,562 00 |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) | (22) | 69,562 00 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____ ) (23) (Núm. sentencia _____ ) (24) | (25) | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) | (30) | 69,562 00 |

Período de Conservación: Diez (10) años

| | | | |
|---|---|---|---|
| 5. **Ingreso Bruto Ajustado** (De la línea 5, página 1) | | (02) (01) | 69,562 |

**Encasillado 3**

6. **DEDUCCION FIJA:** Si marcó en el Encasillado 1 el bloque 1 anote $3,150, el bloque 2 anote $2,100, el bloque 3 anote $2,730, el bloque 4 anote $2,100. Si marcó el bloque 5 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 .............. (02) — 8,722

7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) ..................................................................... (03)

8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) ......................................................... (04) — 8,722

9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) ................................................................... (05)

10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones)............... (06)

11. **EXENCION PERSONAL:** Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ....... (07) — 3,000

12. **EXENCION POR DEPENDIENTES** (Complete el Anejo A1 Individuo, véanse instrucciones)

| | | | | | |
|---|---|---|---|---|---|
| A) No universitarios: Categoría (N) .......................... (10) ____ x$1,600 ........................... | (11) | |
| B) Universitarios: Categoría (U) .............................. (14) ____ x$1,600 ........................... | (15) | |
| C) Incapacitados, ciegos o de 65 años o más: Categoría (I) .......... (18) _1_ x$1,600 ........................... | (19) | 1,600 |
| D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) ............................................ | (20) | 1,600 |

13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) ...................................................................... (21) — 15,180

14. **INGRESO NETO SUJETO A CONTRIBUCION** (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ......... (30) — 54,382

**Encasillado 4**

15. **CONTRIBUCION:** (01) ◯ 1 — Según Tabla ◯ 2 Especial sobre ganancias de capital ◯ 3 Extranjero no residente (03) (02) — 9,456

16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) ....... (03)

17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) ........................................ (04)

18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 5) ........................................................... (05)

19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, línea 4A) . (06)

20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........................................... (07)

21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte VII, línea 2) ........................................................................................................................ (08)

22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) ................................. (09)

23. Contribución sobre distribuciones y transferencias de Planes Gubernamentales (Anejo F Individuo, Parte V, línea 3) ........................ (10)

24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) .......................................................... (11)

25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) ........................................................................................................................................ (12)

26. **TOTAL CONTRIBUCION DETERMINADA** (Sume líneas 15 a la 25) ..................................................................... (13) — 9,456

27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ........................................................... (14)

28. Crédito para Contribuyentes Asalariados (Véanse instrucciones) ........................................................................... (15)

29. Créditos contributivos (Anejo B Individuo, Parte II, línea 22) ............................................................................... (16)

30. **RESPONSABILIDAD CONTRIBUTIVA** (Sume líneas 26 y 27 menos línea 28 ó 29, la que aplique. Si es menos de cero, anote cero) ......... (17) — 9,456

31. **CONTRIBUCION RETENIDA, PAGADA Y CREDITO POR TRABAJO**

| | | | |
|---|---|---|---|
| A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) .......................... | (18) | 10,104 |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) .............. | (19) | |
| C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 17) ........................................ | (20) | |
| D) Crédito por Trabajo (Véanse instrucciones) .................................................................. | (21) | |
| E) Total Contribución Retenida, Pagada y Crédito por Trabajo (Sume líneas 31A a la 31D) ................ | (22) | 10,104 |

32. **TOTAL NO PAGADO DE LA CONTRIBUCION** (Si la línea 31E es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 36) ........ (23)

33. **Menos:** Cantidad pagada con prórroga automática ...................................................................................... (24)

34. **BALANCE PENDIENTE DE PAGO** (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 36) ............. (25)

35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) ........... (26)

36. **Menos:** Exceso de Contribución Retenida, Pagada y Crédito por Trabajo ........................................................ (27)

37. **Menos:** Cantidad pagada (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...................... (28)

   (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____ ) ..... (29)

   (c) Intereses _____ ........................................................................ (30)

   (d) Recargos _____ y Penalidades _____ ........................................ (31)

38. **BALANCE PENDIENTE DE PAGO** (Sume líneas 34 y 35 menos líneas 36, 37(a) y 37(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 39) .................................................................................................................... (32)

39. **CONTRIBUCION PAGADA EN EXCESO** (Sume líneas 30 y 35 menos líneas 31E y 33. Indique distribución en la línea A o B) ......... (33) — 648

   A) Acreditar a la contribución estimada 2008 _____ ........................................................... (34)

   B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ......... (40) — 648

**Encasillado 5**

| AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO | | |
|---|---|---|
| Tipo de cuenta | Número de ruta/tránsito | Número de su cuenta |
| ◯ Cheques  ◯ Ahorros | ☐☐☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ |

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona que prepara la planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha 4-14-08 | Firma del Cónyuge | Fecha |
|---|---|---|---|
| (04) Nombre del Especialista (Letra de Molde) | | Nombre de la Firma o Negocio | |
| Dirección | Número de Registro | Número de Identificación Patronal | |
| Código Postal | Especialista por cuenta propia (ennegrezca aquí) ◯ | Firma del Especialista | Fecha |

NOTA AL CONTRIBUYENTE
Indique si hizo pagos por la preparación de su planilla: Sí ◯ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años

**Anejo A Individuo**
Rev. 10.07

**DEDUCCIONES DETALLADAS Y ADICIONALES**

**2007**

Año contributivo comenzado el 01 de 01 de 07 y terminado el 31 de 12 de 07

Nombre del contribuyente: HECTOR R SALChEZ LEON

Número de Seguro Social: ___7__3695

**Parte I — Deducciones Detalladas** (Véanse instrucciones)

1. Intereses hipotecarios (10)

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: ORIENTAL BANK | Primera | 0085000582 | 660387312 | 4,793 | 00 (05) |
| ORIENTAL BANK | Segunda | 00300 EXTR3 | 660387312 | 3,228 | 00 (06) |
| Segunda residencia: | Primera | (03) | | | 00 (07) |
| | Segunda | (04) | | | 00 (08) |
| Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | | | | | 00 (09) |
| Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | | | | | 00 (10) |

| | | |
|---|---|---|
| Total intereses hipotecarios pagados .................................................................... (11) | 8,071 157 | 00 |
| 2. Tablillas de auto pagadas para uso personal (Véanse instrucciones) ......................................... (12) | | 00 |
| 3. Gastos incurridos en el cuido de hijos (Véanse instrucciones. $1,200-un hijo; $2,400-dos o más hijos) ......... (13) | | 00 |
| 4. Gastos incurridos en el cuido de personas de edad avanzada (Véanse instrucciones) ........................ (14) | 600 | 00 |
| 5. Alquiler pagado (Número seguro social del arrendador: _____ ) (15) ..................... (16) | | 00 |
| 6. Contribuciones sobre la propiedad que constituye su residencia principal ................................ (17) | | 00 |
| 7. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) ....................... (18) | | 00 |
| 8. Gastos médicos (Anejo J Individuo, línea 4) ........................................................... (19) | | 00 |
| 9. Donativos (Anejo J Individuo, línea 11) ............................................................... (20) | | 00 |
| 10. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) ........................... (21) | | 00 |
| 11. Gastos por molinos de viento ........................................................................ (22) | | 00 |
| 12. Gastos de equipo de asistencia tecnológica para personas con impedimentos, tratamiento especializado o enfermedad crónica: Ennegrezca: (23) ⊂⊃ 1 Contribuyente ⊂⊃ 2 Esposa ⊂⊃ 3 Otros .......... (24) | | 00 |
| 13. Gastos incurridos para la educación de dependientes ................................................... (25) | | 00 |
| 14. Gastos por equipo solar ............................................................................. (26) | | 00 |

15. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|
| | (27) | (29) | | |
| | (28) | (30) | | |

| | | |
|---|---|---|
| Total intereses sobre préstamos estudiantiles pagados ................................... (31) | | 00 |
| 16. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables (Véanse instrucciones) ... (32) | | 00 |
| 17. Total deducciones detalladas (Sume líneas 1 a la 16 y traslade al Encasillado 3, línea 7 de la planilla) ........ (35) | 8,822 | |

**Parte II — Deducciones Adicionales** (Véanse instrucciones)

1. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Aportación | |
|---|---|---|---|---|
| | (36) | (39) | | |
| | (37) | (40) | | |
| | (38) | (41) | | |

| | | |
|---|---|---|
| Total aportaciones a cuentas de retiro individual .......................................... (42) | | 00 |
| 2. Aportaciones a sistemas gubernamentales de pensiones o retiro ........................................... (43) | | 00 |
| 3. Casados cuando ambos trabajan (Véanse instrucciones) .................................................. (44) | | 00 |
| 4. Veteranos (Véanse instrucciones) .................................................................... (45) | | 00 |
| 5. Gastos ordinarios y necesarios (Anejo I Individuo, línea 8) .............................................. (46) | 4500 | 00 |
| 6. Intereses de préstamo de automóvil (No exceder de $1,200): Inst. financiera M. M. AC | | |
| Núm. préstamo 5999036 27136 Núm. Ident. Patronal (47) 660176402 ............... (48) | 258 | 00 |
| 7. Jóvenes que trabajan (Véanse instrucciones) ........................................................... (49) | | 00 |
| 8. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) (Véanse instrucciones) ............ (50) | | 00 |
| 9. Adquisición e instalación de computadora personal para uso de dependientes (Véanse instrucciones) ......... (51) | | 00 |
| 10. Total deducciones adicionales (Sume líneas 1 a la 9 y traslade al Encasillado 3, línea 9 de la planilla) ......... (55) | 4758 | 00 |

Período de Conservación: Diez (10) años

**Anejo A1 Individuo**
Rev. 10.07

## DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA

**2007**

Año contributivo comenzado el _01_ de _01_ _07_ y terminado el _31_ de _12_ _07_

Nombre del contribuyente: HECTOR R SALCHEL LEON

Número de Seguro Social: ___-__-_369_

**55**

| Parte I | Información sobre Dependientes (Véanse instrucciones) |

### INFORMACION IMPORTANTE PARTE I

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre de la esposa en el encasillado de jefatura (línea 01).

☞ Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

| Jefatura | (01) | Nombre, inicial Apellido Paterno Apellido Materno | Parentesco | Fecha de Nacimiento | Número de Seguro Social |
|---|---|---|---|---|---|
| | | CONTRIBUYENTE O CONYUGE / Madre | Madre | 7-22-937 | SPUSL-VK7 |

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría (N)(U)(Y) | Fecha de Nacimiento Día / Mes / Año | Número de Seguro Social |
|---|---|---|---|---|---|---|---|
| (02) | Santiago Leon Rivera | | | Abuelo | I | 8-28-1911 | ___-__-2960 |
| (03) | | | | | | | |
| (04) | | | | | | | |
| (05) | | | | | | | |
| (06) | | | | | | | |
| (07) | | | | | | | |
| (08) | | | | | | | |
| (09) | | | | | | | |
| (10) | | | | | | | |

| Parte II | Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones) | | **57** |

### INFORMACION IMPORTANTE PARTE II

☞ Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Fecha de Nacimiento Día / Mes / Año | Parentesco | Número de Seguro Social | Cantidad Aportada (No exceder de $500 cada uno) |
|---|---|---|---|---|---|---|---|
| (01) | | | | | | | |
| (02) | | | | | | | |
| (03) | | | | | | | |
| (04) | | | | | | | |
| (05) | | | | | | | |
| (10) | **Total aportaciones** (Sume líneas (01) a la (05) y traslade al Anejo A Individuo, Parte II, línea 8 de la Forma Larga) | | | | | | |

Véanse instrucciones.    Período de Conservación: Diez (10) años

. Nombre y Dirección Postal del Empleado
Employee's Name and Mailing Address

| 1. Núm. Seguro Social | 7. Sueldos - Wages | 17. Total Sueldos Seg. Soc. |
| --- | --- | --- |
| | 625 . 09 | 74,775.59 |

```
0101   5000000010124   3
HECTOR R. SANCHEZ
CALLE AUSTRIA #361
ESQ. ACAPULCO
PUERTO NUEVO        PR 00920
```

| 4. Núm. de Ident. Patronal Employer Ident. No. (EIN) | 8. Comisiones - Commissions | 18. Seguro Social Retenido Social Security Tax Withheld |
| --- | --- | --- |
| 66-0561870 | | 4,636.09 |

| 5. Fecha en que comenzó a recibir la pensión - Date on which you started to receive the pension | 10. Propinas - Tips | 19. Total Sueldos y Pro. Medicare Medicare Wages and Tips |
| --- | --- | --- |
| Día  Mes  Año Day  Month  Year | | 74,775.59 |

. Nombre y Dirección Postal del Patrono
Employer's Name and Mailing Address

| 6. Costo de Pensión o Anualidad Cost of Pension or Annuity | 11. Total=7+8+9+10 | 20. Contrib. Medicare Retenido Medicare Tax Withheld |
| --- | --- | --- |
| | 69,562.09 | 1,084.25 |

```
BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN PR 00936-2708
```

| 12. Gastos Reembolsados Reimbursed Expenses | 21. Propinas Seguro Social Social Security Tips |
| --- | --- |
| | |

Copia B para Planilla del Empleado

Copy B for Employee's Tax Return

| 13. Cont. Retenida - Tax Withheld | 22. Seguro Social no Retenido en Propinas - Uncollected Social Security Tax on Tips |
| --- | --- |
| 10,104.10 | |

| 14. Fondo de Retiro Retirement Fund | |
| --- | --- |

Año: 2007
Year:

| 15. Aportaciones a Planes Cualific. Contributions to CODA PLANS | 23. Contri. Medicare no Retenido en Propinas - Uncollected Medicare Tax on Tips |
| --- | --- |
| 5,213.50 | |

Número de Teléfono del Patrono
Employer's Telephone Number  ( 787 )756-2774

Fecha Cese de Operaciones: Día  Mes  Año
Cease of Operations Date: Day  Month  Year

Número Control - Control Number

## BPP-45147993

| 16. Salarios bajo Ley Núm. 324 de 2004 - Salaries under Act No. 324 of 2004 |
| --- |

Instrucciones al dorso - Instructions on back

Conservación: Diez (10) años a partir de la fecha de radicación en el Negociado de Procesamiento de Planillas
Conservation: Ten (10) years from the filing date in the Returns Processing Bureau

**Banco Popular de Puerto Rico**

---

## INSTRUCCIONES
### DEBERA SOMETER ESTA COPIA AL RENDIR SU PLANILLA

Viene obligado a rendir planilla de contribución sobre ingresos:

- todo individuo soltero ( o casado, pero que no vivía con su cónyuge), que durante el año contributivo tuviere un ingreso bruto de más de $3,300;
- todo individuo casado que vivía con su cónyuge y que durante el año contributivo tuviere individual o conjuntamente con éste un ingreso bruto de más de $6,000.

**PENALIDAD** - El Código de rentas internas de Puerto Rico de 1994, según enmendado (Código), dispone lo siguiente: Toda persona obligada bajo cualquier Subtítulo del Código a rendir una planilla, declaración, certificación o informe que voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe dentro del término o términos fijados por el Subtítulo correspondiente o por reglamentos, además de otras penalidades establecidas por el Código, incurrirá en delito menos grave, y en caso de convicción, será castigada con pena de multa no mayor de $5,000, o con pena de reclusión por un término máximo de 90 días, o ambas penas, a discreción del tribunal, más las costas del proceso. En aquellos casos en que cualquier persona voluntariamente dejare de rendir dicha planilla, declaración, certificación o informe (dentro de los términos fijados por el Subtítulo correspondiente o por reglamentos), con la intención de evadir o derrotar cualquier contribución impuesta por el Código, además de otras penalidades establecidas por el Código incurrirá en un delito grave de tercer grado, y en caso de convicción, será sancionada con pena de reclusión la cual fluctuará entre tres años un día y ocho años. El Tribunal a su discreción podrá imponer la pena fija de reclusión establecida o pena de multa que no excederá de $20,000, o ambas penas, más las costas del proceso.

Retenga la Copia C de este formulario para sus records. Puede usarla para establecer su derecho a los beneficios de seguro social. Si su nombre, dirección o número de seguro social están incorrectos, informe el error a su patrono para que le completen un Formulario 499R-2c/W-2cPR.

### INSTRUCTIONS
### THIS COPY MUST BE SUBMITTED WITH YOUR RETURN

Tax returns must be filed by:

- every individual single (or married, one who does not live with his/her spouse), who during the taxable year had a gross income of more than $3,300;
- every married individual who lives with his/her spouse, who during the taxable year individually or jointly, had a gross income of more than $6,000.

**PENALTY** - The Puerto Rico Internal Revenue Code of 1994, as amended (Code), provides the following: Every person liable under any Subtitle of the Code to file a return, statement, certification or report, who willfully fails to file such return, statement, certification or report within the term or terms established by the corresponding Subtitle or by regulations, in addition to other penalties provided by the Code, shall be guilty of a misdemeanor, and upon conviction thereof, punished by a fine of not more than $5,000, or imprisonment for a term of not more than 90 days, or both penalties, at the discretion of the Court, plus the costs of prosecution. In the case of any person who willfully fails to file such return, statement, certification or report (within the terms established by the corresponding Subtitle or by regulations), with the intention to evade or defeat any tax imposed by the Code, in addition to other penalties provided by the Code, shall be guilty of a third degree felony, and upon conviction thereof, punished by imprisonment for a term ranging from three years and one day to eight years. The Court may impose, at its discretion, the fixed penalty of imprisonment provided or a fine of not more than $20,000, or both penalties, plus the costs of prosecution.

Keep Copy C of this form for your records. You can use it to prove your right to social security benefits. If your name, address or social security number is incorrect, tell your employer to prepare a Form 499R-2c/W-2cPR.

GASTOS ORDINARIOS

NECESARIOS

**2007**

Año contributivo comenzado el 01 de 01 de 07 y terminado el 31 de 12 de 07

Nombre del contribuyente: Hac TOR R SAl chez Leon

Número de Seguro Social: ___-__-3695

| Parte I | Detalle de Gastos (Véanse instrucciones) | 58 |

**1. Comidas y entretenimiento**

A. Total de gastos incurridos o pagados .................................................................... (01)

B. Reembolso de gastos (comidas y entretenimiento) ............................................ (02)

C. Diferencia (Si la línea 1B excede la línea 1A, anote el exceso aquí y en el Anejo F Individuo, Parte VI) ........ (03)

D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ............................... (04)

E. Anote el 50% de la línea 1D (Véanse instrucciones) ............................................... (05)

**2. Otros gastos**

A. Costo y mantenimiento de uniformes ............................................. (11)    4 Pw

B. Cuotas de uniones, colegiaciones y asociaciones profesionales ........................... (12)

C. Compra de materiales didácticos por educadores ............................................. (13)

D. Compra de libros técnicos propios de la profesión u oficio ................................... (14)

E. Gastos de educación y mejoramiento de la profesión u oficio .............................. (15)

F. Depreciación (Parte II de este Anejo) ............................................. (16)

G. Otros gastos de la profesión u oficio ............................................. (17)

H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ................................ (18)    4 Pov

I. Reembolso de otros gastos ............................................. (19)

J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, anote el exceso aquí y en el Anejo F Individuo, Parte VI. De lo contrario, pase a la línea 2K) ............................. (20)

K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea ............................. (30)    4 Pov

**3.** Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ............ (31)    4 Pov

**4.** Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Larga) ............... (32)    69,562

**5.** Salarios Gobierno Federal (Encasillado 2, línea 1C de la Forma Larga) ............................. (33)

**6.** Total salarios (Sume líneas 4 y 5) ............................................. (34)    69,562

**7.** Multiplique la línea 6 por 3% y anote aquí ............................................. (35)    2,086

**8. Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Anejo A Individuo, Parte II, línea 5 la menor de las siguientes cantidades: línea 3, línea 7, ó hasta el límite de $1,500 ($750 si es casado que rinde planilla separada)) ............................................. (40)    4 Pov

Período de Conservación: Diez (10) años



PARA ASISTENCIA LLAMAR: 800-200-4622

TDD/TTY (Audio Impedido): 800-833-4622

HECTOR SANCHEZ
PUERTO NUEVO 361
CALLE ASTURIA SAN JUAN  PR  00920

Fecha:  01 07 08

RE: Número de Cuenta:     599 9036 27136
    Automóvil:            03 CHEV  S TRUCK
    VIN:                  1GCCS19X338197216

Estimado cliente,

Nos place suministrarle la información de los cargos financieros que usted solicitara:

| Cargos Financieros | |
| --- | --- |
| Año | Cantidad |
| 2008 | $    34.16 |
| 2007 | $   258.38 |

Esperamos que esta información le sea de utilidad, sin embargo, no podemos indicarle si estos cargos financieros son deducibles para propósitos contributivos.  Usted debe comunicarse con su asesor financiero para este asunto.

Cordialmente,

Servicios Financieros de GMAC

GMFCPS

**AÑO CONTRIBUTIVO - TAXABLE YEAR:** _____ Duplicado - Duplicate: ☐ Enmendado - Amended: ☐ Número de Serie

| | |
|---|---|
| Número de Identificación Patronal - Employer Identification Number | 1. Intereses Pagados por el Deudor<br>Interest Paid by Borrower | **$3,278.64** |
| 66-0387312 | |
| Nombre - Name | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Origination Fees (Points) Paid Directly by Borrower | $0.00 |
| DORAL BANK | |
| Dirección - Address | Pagados - Paid ☐  Financiados - Financed ☐ | |
| PO BOX 70308 | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Discounts (Points) Paid Directly by Borrower | $.00 |
| SAN JUAN, PR           00936-8308 | |
| Código Postal - Zip Code | Pagados - Paid ☐  Financiados - Financed ☐ | |
| Número de Seguro Social - Social Security Number | 4. Reembolsos de Intereses<br>Refund of Interest | $.00 |
| ████-3695 | |
| Nombre - Name | 5. Contribuciones sobre la Propiedad<br>Property Taxes | $0.00 |
| HECTOR SANHEZ LEON | |
| Dirección - Address | 6. Balance del Principal<br>Principal Balance | $100,000 |
| URB PUERTO NUEVO<br>361 CALLE AUSTRIA<br>SAN JUAN          PR 00920 | |
| Código Postal - Zip Code | Número de Cuenta del Préstamo - Loan Account Number: 0030014583 | Término del Préstamo - Loan Term: 180 |
| Número de Seguro Social - Social Security Number | |
| ████-9596 | Número Control - Control Number |
| Nombre - Name | 0000920385 |
| MARITZA FRATICELLY SANC | Prepared by: RR DONNELLEY DE PUERTO RICO CORP. |

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
TRIPLICADO PARA LA PLANILLA DEL DEUDOR HIPOTECARIO - TRIPLICATE FOR THE MORTGAGE BORROWER'S INCOME TAX RETURN

---

Formulario **480.7A**
Form
Rev. 09.07

ESTADO LIBRE ASOCIADO DE PUERTO RICO - COMMONWEALTH OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury
**DECLARACION INFORMATIVA - INTERESES HIPOTECARIOS**
INFORMATIVE RETURN - MORTGAGE INTEREST

Uso Oficial - Official Use

**AÑO CONTRIBUTIVO - TAXABLE YEAR: 2007**   Duplicado - Duplicate: ☐   Enmendado - Amended: ☐    Número de Serie

| | |
|---|---|
| Número de Identificación Patronal - Employer Identification Number | 1. Intereses Pagados por el Deudor<br>Interest Paid by Borrower | **$3,278.64** |
| 66-0387312 | |
| Nombre - Name | 2. Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Origination Fees (Points) Paid Directly by Borrower | $0.00 |
| DORAL BANK | |
| Dirección - Address | Pagados - Paid ☐  Financiados - Financed ☐ | |
| PO BOX 70308 | 3. Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor<br>Loan Discounts (Points) Paid Directly by Borrower | $.00 |
| SAN JUAN, PR           00936-8308 | |
| Código Postal - Zip Code | Pagados - Paid ☐  Financiados - Financed ☐ | |
| Número de Seguro Social - Social Security Number | 4. Reembolsos de Intereses<br>Refund of Interest | $.00 |
| ████-3695 | |
| Nombre - Name | 5. Contribuciones sobre la Propiedad<br>Property Taxes | $0.00 |
| HECTOR SANHEZ LEON | |
| Dirección - Address | 6. Balance del Principal<br>Principal Balance | $100,000 |
| URB PUERTO NUEVO<br>361 CALLE AUSTRIA<br>SAN JUAN          PR 00920 | |
| Código Postal - Zip Code | Número de Cuenta del Préstamo - Loan Account Number: 0030014583 | Término del Préstamo - Loan Term: 180 |
| Número de Seguro Social - Social Security Number | |
| ████-9596 | Número Control - Control Number |
| Nombre - Name | 0000920385 |
| MARITZA FRATICELLY SANC | Prepared by: RR DONNELLEY DE PUERTO RICO CORP. |

010540

VEA INSTRUCCIONES AL DORSO - SEE INSTRUCTIONS ON BACK
CUADRUPLICADO PARA RECORD DEL DEUDOR HIPOTECARIO - QUADRUPLICATE FOR THE BORROWER'S RECORD

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2006 O AÑO COMENZADO EL

**2006**

01 . 01 . ____ Y TERMINADO EL ____

Fecha de Nacimiento

| Día | Mes | Año |
|-----|-----|-----|

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

| Día | Mes | Año |
|-----|-----|-----|

Teléfono Residencia
( )

Teléfono del Trabajo
( )

CAMBIO DE DIRECCION
⃝ Sí ⃝ No

Nombre e Inicial del Cónyuge     Apellido Paterno     Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle)

Código Postal

Correo Electrónico (E-Mail)

**ESTADO PERSONAL AL FINALIZAR EL AÑO CONTRIBUTIVO:**

**SI   NO**

A. ⃝ ⃝ ¿Ciudadano de Estados Unidos?
B. ⃝ ⃝ ¿Residente de Puerto Rico al finalizar el año?
C. ⃝ ⃝ ¿Ingresos exentos de Lotería de Puerto Rico?
D. ⃝ ⃝ ¿Ingresos de premios de jugadas en Hipódromo?
E. ⃝ ⃝ ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ⃝ ⃝ ¿Obligación de hacer pagos a ASUME?

1. ⃝ Casado que vivía con su cónyuge y rinde planilla conjunta
2. ⃝ Casado que no vivía con su cónyuge (No jefe de familia)
   (Indique nombre y seguro social del cónyuge arriba)
3. ⃝ Jefe de familia (No para casados)
4. ⃝ Soltero
5. ⃝ Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

**FUENTE DE MAYOR INGRESO:**

G. ⃝ Empleado del Gobierno, Municipios o Corporaciones Públicas
H. ⃝ Empleado del Gobierno Federal
I. ⃝ Empleado de Empresa Privada

J. ⃝ Retirado/Pensionado
K. ⃝ Trabajo Cuenta Propia (Indique la industria o negocio principal)

Su ocupación _Locorista_     Ocupación cónyuge

**CONTRATO GOBIERNO**
⃝ CONTRIBUYENTE   ⃝ CONYUGE

**PLANILLA 2007**
⃝ ESPAÑOL   ⃝ INGLES

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Area de Rentas Internas
RECIBIDO
**17 ABR. 2007**
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

05-346

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 9. Sueldos, Comisiones, Concesiones y Propinas | | 71,384 | 71,106 |
| 10. SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2, según aplique). | | | |
| 11. Total de comprobantes con esta planilla .. 01 | | 71,384 | 71,106 |
| | | Contribución Retenida | Salarios Federales |
| C. Salarios del Gobierno Federal (Véanse instrucciones) .......... (01) | | | (02) |

2. Otros Ingresos (o Pérdidas):

| | | |
|---|---|---|
| A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ...................... | (03) | |
| B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | (04) | |
| C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ......... | (05) | |
| D) Dividendos de corporaciones y distribuciones de sociedades sujetas a retención (Anejo F Individuo, Parte II, líneas 1A a la 1C, según aplique) | (06) | |
| E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3D) ......... | (07) | |
| F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ......... | (08) | |
| G) Distribuciones de Planes Gubernamentales (Anejo F Individuo, Parte V, líneas 1C y 1E) ......... | (09) | |
| H) Ingresos misceláneos (Someta Anejo F Individuo) ......... | (10) | |
| I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | (11) | |
| J) Dividendos de Fondo de Inversión o de Turismo (Someta Anejo Q1) ......... | (12) | |
| K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ......... | (13) | |
| L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: _____) (14) | (15) | |
| M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ......... | (16) | |
| N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ......... | (17) | |
| O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ......... | (18) | |
| P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ......... | (19) | |
| Q) Ganancia en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | (20) | |
| R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ......... | (21) | |
| 3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ......... | (22) | 71,106 |
| 4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: _____) (xx) (Núm. sentencia _____) | (24) | |
| 5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ......... | (25) | 71,106 |

Período de Conservación: Diez (10) años

4. Ingreso Neto Ajustado (Ob la línea 5, página ... _Documento _ Page 23 of 25_ )

6. DEDUCCIÓN FIJA: Si marcó en el Encasillado 1 al bloque, anote $2,400. Si marcó bloque 3 anote $2,75 ... bloque 4 anote $1,00. **(a)**
   Si marcó el bloque 3 y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 ............... **(ca)**

7. Total deducciones detalladas (Anejo A Individuo, línea 6 ó 7) ................................................. **(b)**   9,293

8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6, 6 ó 7) .......................... **(05)**   9,293

9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) ..................................... **(06)**   3,011

10. Pago del servicio telefónico por comunicación con personal militar en zona de combate (Véase instrucciones) .......... **(07)**

11. **EXENCIÓN PERSONAL:** Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 .......... **(08)**   3,000

12. **EXENCIÓN POR DEPENDIENTES** (Complete el Anejo A1, Individuo, véase instrucciones)

| | | | |
|---|---|---|---|
| A) No universitarios: Categoría (N) | (N) | x $1,600 | (11) | 1,600 |
| B) Universitarios: Categoría (U) | (4) | x $1,600 | (15) | |
| C) Incapacitado, ciegos o de 85 años o más: Categoría (I) | (16) | x $1,600 | (16) | 1,600 |
| D) Total Exención Por Dependientes (Suma líneas 12A, 12B y 12C) | | | (21) | 3,200 |

13. Total Reducciones y Exenciones (Suma líneas 8, 9, 10, 11 y 12D) ....................................... **(21)**   3,200

14. **INGRESO NETO SUJETO A CONTRIBUCIÓN** (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ...... **(22)**   3,002 / 101,378

15. **CONTRIBUCIÓN:** (01) ... 1 ... Tasa Fija ... 2 ... Especial sobre ganancias de capital ... 3 ... Extranjero no residente ● ........ **(23)**

16. Contribución según Tablas o Tasas (Si usa la tasa de la cantidad indicada en la línea 14 es mayor de $75,000 (Anejo P Individuo, línea 7) ........ **(24)**

17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) ................... **(24)**

18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte II, línea 6) ..................... **(26)**

19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) ........ **(26)**

20. Contribución especial sobre distribuciones de dividendos y beneficios de sociedades (Anejo F Individuo, Parte II, línea 5B) ........ **(26)**

21. Contribución especial sobre distribuciones implícitas de dividendos y beneficios de sociedades (Anejo F Individuo, Parte II, línea 5C) ........ **(26)**

22. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ............ **(26)**

23. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan en ingresos de fuentes dentro de P.R. (Anejo F Individuo, Parte VIII, línea 2) ........ **(10)**

24. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) ........ **(11)**

25. Contribución sobre distribuciones y transferencias de Planes Gubernamentales y Planes de Compensación Diferida (Anejo F Individuo, Parte V, línea 4 y Parte VIII, línea 6) ........ **(12)**

26. Contribución sobre distribuciones de IRA bajo la Sección 1169C (Anejo F Individuo, Parte VII, línea 4) ........ **(13)**

27. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte III, línea 3) ........ **(14)**

28. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) ........ **(15)**

29. **TOTAL CONTRIBUCIÓN DETERMINADA** (Suma líneas 15 a la 28) .................................... **(16)**   119,378

30. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ......................... **(17)**

31. Crédito para contribuyentes asalariados (Véase instrucciones) ............................................ **(18)**

32. Créditos contributivos (Anejo B Individuo, Parte II, línea 21) ............................................... **(19)**

33. **RESPONSABILIDAD CONTRIBUTIVA** (Suma líneas 29 y 30 menos línea 31 ó 32, la que aplique. Si es menos de cero, anote cero) ...... **(20)**   10,378

34. **CONTRIBUCIÓN RETENIDA O PAGADA:**
   A) Mediante retención sobre salarios (Suma las líneas 1A y 1C del Encasillado 2) ...... **(21)**   14,384
   B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ...... **(22)**
   C) Otros pagos y retenciones (Anejo B Individuo, Parte II, línea 21) ...... **(23)**
   D) Total Contribución Retenida o Pagada (Suma líneas 34A a la 34C) ...... **(24)**   14,384

35. **TOTAL NO PAGADO DE LA CONTRIBUCIÓN** (Si la línea 34D es menor que la línea 33, anote diferencia aquí, de lo contrario, en línea 39) ...... **(26)**

36. Menos: Cantidad pagada con prórroga automática ............................................................ **(26)**

37. **BALANCE PENDIENTE DE PAGO** (Si la línea 35 es mayor que la línea 36, anote la diferencia aquí, de lo contrario, en la línea 39) ...... **(27)**

38. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) ...... **(28)**

39. Menos: Exceso de Contribución Retenida o Pagada ......................................................... **(29)**

40. Menos: Cantidad pagada   (a) Con Planilla o Electrónicamente a través de un Programa Certificado ...... **(30)**
   (b) Otras Transferencias Electrónicas (Núm. de Transacción: ___ ) ...... **(31)**
   (c) Intereses ...... **(32)**
   (d) Recargos   y Penalidades ...... **(33)**

41. **BALANCE PENDIENTE DE PAGO** (Suma líneas 37 y 38 menos líneas 39, 40(a) y 40(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 42) ...... **(34)**   1,006

42. **CONTRIBUCIÓN PAGADA EN EXCESO** (Suma líneas 33 y 38 menos líneas 34D y 36. Indique distribución en la línea A ó B) ...... **(36)**   1,006
   A) Acreditar a la contribución estimada 2007 ...... **(36)**
   B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ...... **(40)**   1,006

**AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO**

Tipo de cuenta: ☐ Cheques ☐ Ahorros    Número de ruta/tránsito: ___    Número de su cuenta: ___

Cuenta a nombre de: ___
(Nombre como aparece en el molde según aparece en su planilla. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que la información incluida en esta planilla, anejos y documentos que se acompañan, ha sido examinada por mí y que la misma es cierta, correcta y completa. La declaración de la persona o preparador del contribuyente con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | | Fecha | Firma del Cónyuge | | Fecha |
|---|---|---|---|---|---|
| Nombre del Especialista (Letra de Molde) | 4207 | | Nombre de la Firma o Negocio | | |
| colón | | Número de Registro | Número de Identificación Patronal | | |
| Código Postal | | Especialista por cuenta propia (enseñarse aquí) | Firma del Especialista | | Fecha |

**GMAC**

PO BOX 3100
MIDLAND TX 79702

PARA ASISTENCIA LLAMAR: 800-200-4622

TDD/TTY (Audio Impedido): 800-833-4622



HECTOR SANCHEZ
PUERTO NUEVO 361
CALLE ASTURIA SAN JUAN  PR  00920

Fecha:  01 10 07

RE: Número de Cuenta:    599 9036 27136
    Automóvil:            03 CHEV  S TRUCK
    VIN:                  1GCCS19X338197216

Estimado cliente,

Nos place suministrarle la información de los cargos financieros que usted solicitara:

### Cargos Financieros

| Año | Cantidad |
|---|---|
| 2007 | $  258.38 |
| 2006 | $  511.92 |

Esperamos que esta información le sea de utilidad, sin embargo, no podemos indicarle si estos cargos financieros son deducibles para propósitos contributivos.  Usted debe comunicarse con su asesor financiero para este asunto.

Cordialmente,

Servicios Financieros de GMAC

OMFCFS

Hector R Sanchez Leon
10-02648 B
**DEBTOR'S OBJECTION TO CLAIM # 9 FILED BY DEPARTMENT OF TREASURY**
Page #2

unopposed and may be granted  unless: (1) the requested relief is forbidden by law
(2) the requested relief is against public policy; (3) in the opinion of the court, the
interest of justice requires otherwise. If you file a timely response, the court may, in
its discretion, schedule a hearing.

I HEREBY CERTIFY that a true copy of this motion has been sent to:

JOSE R CARRION
Chapter 13 Trustee
P.O. Box 9023884
San Juan, Puerto Rico 00902-3884

JPC LAW OFFICE

Jose M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

DEPARTMENT OF TREASURY
BANKRUPTCY  SECTION (424-B)
P O BOX 9024140
San Juan, PR 00902-4315

By: /s/ Jose M Prieto Carballo,  Esq