jUNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**Minute Entry**

## Hearing Information:

**Debtor**: HECTOR R SANCHEZ LEON
**Case Number**: 10-02648-BKT13  **Chapter**: 13
**Date / Time / Room**: 9/29/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: MARISOL LOPEZ
**Reporter / ECR**:   JOSE ROMO AND INECITA COLLAZO

## Matter:

Confirmation Hearing

## Appearances:

CARLOS ARSINA, CHAPTER 13 TRUSTEE
JOSE M PRIETO CARBALLO

## Proceedings:

**ORDER:**

Response to debtor's objection to claim #9 (docket #23) is due on 10/1/10. If a response is filed, a hearing on the objection to claim along with the confirmation hearing of this case will be scheduled for 12/8/10 at 9:00 a.m. If no response and the objection is granted, the trustee to file a new recommendation fifteen days from the issuance of the order granting the objection.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge