IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HECTOR R SANCHEZ LEON

XXX-XX-3695

Debtor(s)

CASE NO. 10-02648 BKT

Chapter 13

FILED & ENTERED ON 11/04/2010

## ORDER ON ARREARS

This case is before the Court on debtor's response to the motion to dismiss filed by Trustee (docket entry #27). Debtor requests time to cure the arrears.

Debtor is hereby granted thirty (30) days from notice of this order to file evidence of being current. If the arrears are timely cured, the motion to dismiss shall be deemed denied. However, upon debtor's failure to file evidence of being current, the case will be dismissed.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of November, 2010.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
JOSE M PRIETO CARBALLO
JOSE RAMON CARRION MORALES
F/UP