IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-02648 BKT

HECTOR R SANCHEZ LEON

Chapter 13

XXX-XX-3695

FILED & ENTERED ON 12/02/2010

Debtor(s)

**ORDER**

Debtor's amended objection to claim #9 by claimant Department of Treasury (docket #32) is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 02 day of December, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE M PRIETO CARBALLO
JOSE RAMON CARRION MORALES
DEPARTMENT OF TREASURY