UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

**Debtor**: HECTOR R SANCHEZ LEON
**Case Number**: 10-02648-BKT13                **Chapter:** 13
**Date / Time / Room**: 12/8/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**:  MARISOL LOPEZ
**Reporter / ECR**:  JOSE ROMO

**Matter:**
Confirmation Hearing

**Appearances:**

ALEXANDRA RODRIGUEZ (CHPT 13)
JOSE M PRIETO CARBALLO (DEBTOR)

**Proceedings:**

Debtor will file again an objection the Treasury Department's claim, this time with proper service. The objection is necessary for a confirmable plan.

The other issue pending is regarding the vehicle and education payments for an adult child. Debtor will be discussing the same with the Trustee to reach an agreement.

ORDER: Trustee's motion to dismiss is withdrawn (docket #27). The Trustee's objection not claim #10 (docket #34) is granted. The hearing on confirmation is continued to 3/10/10 at 9:00 a.m.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge