UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

**Hearing Information:**

**Debtor**: HECTOR R SANCHEZ LEON
**Case Number**: 10-02648-BKT13     **Chapter:** 13
**Date / Time / Room**: 2/15/2011 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: Marta Borrego
**Reporter / ECR**: Lori Annie Rodriguez

**Matter:**

Motion for Relief From Stay filed by Doral Bank [54] and Debtor's answer [#59]

**Appearances:**

JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE
JOSE M PRIETO CARBALLO, ATTORNEY FOR DEBTOR
TANIA VAZQUEZ, ATTORNEY FOR DORAL BANK

**Proceedings:**

**ORDER:**

The motion for relief for stay filed by Doral Bank (docket #54) is GRANTED, the stay is lifted in favor of movant. Debtor is ordered to show cause as to why payments have not been made to the trustee; if no payments are made within thirty (30) days, the case will be dismissed.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge